IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00097-BNB

MALCOLM RUNNEL,

    Plaintiff,

v.

BILL OWENS, et al., 901 19th St., Denver, CO 80294,
RICHARD C. DAVISON, Special Master, Final Order of Special Master Plan Disability,
THE COLORADO DEPARTMENT OF CORRECTIONS, CO, 2862 So. Circle Drive,
    Colorado Springs, CO 80906-4495,
LT. TIMOTHY SMELSER, Staff ID No. 4127, Limon Correctional Facility, CO, 89030
    State Hwy. 71, Limon City, CO 80906,
LOU ARCHULETA, Warden of Limon Fac., CO,
DONNA WEBSTER, Case Mgr. of CCF
S. MURPHY, Case Mgr. of CCF,
DONNA WEBSTER, C.S.P., CO Case Mgr., Canon City, Colorado 81215/600, Canon
    City, CO 81215/777, and
LARRY REED, Warden, Centennial Corr. Facility, CO,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY 07 2008

GREGORY C. LANGHAM
CLERK

## ORDER OF DISMISSAL

Plaintiff Malcolm Runnel is in the custody of the Colorado Department of Corrections and currently is incarcerated at the Colorado State Penitentiary in Cañon City, Colorado. Upon review of the merits of the Complaint, Magistrate Judge Boyd N. Boland entered an order, on March 25, 2008, directing Plaintiff to file an Amended Complaint. Plaintiff specifically was instructed to amend the Complaint, in keeping with Fed. R. Civ. P. 8, and ***Nasious v. Two Unknown B.I.C.E. Agents***, 492 F.3d 1158, 1163 (10th Cir. 2007). Plaintiff further was instructed that his handwriting is not decipherable and that to the extent the Court was able to read the handwriting it appeared he was asserting the same claims he asserted in two previous cases that he

filed with this Court. *See Runnel v. Colorado Dep't of Corrections, et al.*, No. 06-cv-00110-MSK-PAC (D. Colo. Feb. 2, 2007); *Montez, et. al., v. Romer, et al.*, No. 92-cv-00870-EWN-OES (D. Colo. Dec. 7, 2007) (Special Master Final Order Re: Runnel).

Magistrate Judge Boland directed Mr. Runnel to file an Amended Complaint that included all pages of the Prisoner Complaint form, that clarifies who he is suing, and that alleges specific facts that demonstrate how each named Defendant personally participated in the asserted constitutional violations. On April 25, 2008, Plaintiff submitted only Pages One, Two, and Seven of the form. He failed to assert any claims on the pages that he submitted and did not sign the form.

Plaintiff has failed to comply with the March 25, 2008, Order. Also, upon review of the original Complaint, the Court finds that Magistrate Judge Boland correctly determined that the Complaint is deficient and that Plaintiff is required to amend the Complaint in keeping with Rule 8 and with *Nasious*. The Complaint, therefore, will be dismissed for failure to comply with the March 25, 2008, Order and for failure to prosecute. Accordingly, it is

ORDERED that the Complaint and action are dismissed without prejudice for failure to comply with the March 25, 2008, Order and for failure to prosecute.

DATED at Denver, Colorado, this 6 day of May, 2008.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-00097-BNB

Malcolm M. Runnel
Prisoner No. 59529
CSP - Unit C -316
PO Box 777
Cañon City, CO 81215- 0777

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 5/7/08

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk